IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:21CR00385 MTS/SRW** |
| ) | |
| MICHAEL L. BENNETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. The Northwoods (MO) Police Department ("NPD") was a law enforcement agency in the Eastern District of Missouri;

2. Among other functions, the NPD was responsible for investigating crimes occurring in Northwoods, Missouri;

3. Members of the NPD also assisted other municipal police departments located in and around the area on an "as needed" basis;

4. Defendant MICHAEL L. BENNETT was employed by the NPD as a police officer;

5. Defendant MICHAEL L. BENNETT was sworn to uphold the United States Constitution, as well as the laws of the State of Missouri.

## COUNT ONE
### [18 U.S.C. §242]

6. Paragraphs 1-5 of the General Allegations are incorporated by reference in this count.

7. On or about April 15, 2021, within the Eastern District of Missouri, the defendant,

**MICHAEL L. BENNETT,**

while acting under color of law, willfully deprived S.T. of the right to be free from unreasonable seizure, a right secured and protected by the Constitution and laws of the United States, which includes the right to be free from the use of unreasonable force. In so doing, the defendant repeatedly struck S.T. with his fists while S.T. did not pose a threat to anyone. This offense resulted in bodily injury to S.T.

In violation of and punishable under Title 18, United States Code, Section 242.

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
UNITED STATES ATTORNEY

_____
SIRENA MILLER WISSLER
ASSISTANT UNITED STATES ATTORNEY
111 S. 10th Street, 20th Floor
St. Louis, MO 63102

2