**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| MICHAEL BENNETT, | ) ) | Case No. 4:21 CR 385 MTS |
| Defendant. | ) ) ) | |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Reset Change of Plea Hearing, Doc. [29], is **GRANTED**. The **Change of Plea Hearing** currently set for May 19, 2022, is **RESET for May 17, 2022, at 11:00 a.m.** in Courtroom 14-South.

Dated this 27th day of April, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE